**Order entered December 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01453-CR

**JIMMY CHARLES JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-72894-HV**

## ORDER

The Court **DENIES** appellant's December 18, 2014 pro se "amended motion for rehearing." The Court denied appellant's motion for rehearing on December 15, 2014 without changing its opinion or judgment. Appellant is not entitled to a second motion for rehearing.

The Court **DENIES** appellant's December 22, 2014 "amended motion for leave to file for a new trial rule 21.9(a)-(d)."

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jimmy Charles Johnson, TDCJ No. 727145, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606

/s/ DAVID L. BRIDGES
   JUSTICE